UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| United States of America, | Criminal No. |
| | Hon. |
| v. | Violations: |
| Ammar Abdulmajid-Mohamed Said, | 18 U.S.C. § 2339B(a)(1) |
| | 18 U.S.C. § 842(p)(2) |
| Defendant. | |
| _____/ | |

Case: 2:25−cr−20725
Assigned To : Leitman, Matthew F.
Referral Judge: Patti, Anthony P.
Assign. Date : 9/25/2025
Description: INFO USA V. SAID (tt)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### 18 U.S.C. § 2339B(a)(1) – Attempting to Provide Material Support and Resources to a Designated Foreign Terrorist Organization

In or about June 2024, and continuing through in or about May 2025, in the Eastern District of Michigan and elsewhere, AMMAR ABDULMAJID-MOHAMED SAID, a United States citizen residing in the Eastern District of Michigan, did knowingly attempt to provide material support and resources in the form of personnel (namely, himself); property, including ammunition; and services, including training and expert advice and assistance, to a foreign terrorist organization, to wit, the Islamic State of Iraq and al-Sham ("ISIS"), which, at all times relevant to this Indictment, was designated by the United States Secretary of State as a foreign terrorist organization, knowing that ISIS was a designated

1

foreign terrorist organization, and that ISIS engages and has engaged in terrorist activity and terrorism.

All in violation of Title 18, United States Code, Section 2339B.

### COUNT TWO
### 18 U.S.C. § 842(p)(2)(A) – Distribution of Information Relating to Destructive Devices

In or about May, 2025, within the Eastern District of Michigan, the defendant, AMMAR ABDULMAJID-MOHAMED SAID, did teach and demonstrate the making and use of a destructive device and did distribute by any means information pertaining to, in whole or in part, the manufacture and use of a destructive device, with the intent that the teaching, demonstration, and information be used for, and in furtherance of, an activity that constitutes a federal crime of violence, to wit, the killing and attempting killing of officers and employees of the United States, in violation of Title 18, United States Code, Section 1114.

All in violation of Title 18, United States Code, Section 842(p)(2).

### Forfeiture Allegation
### 18 U.S.C. § 844(c)(1), 18 U.S.C. § 981(a)(1)(G) and 28 U.S.C. § 2461(c)

The allegations contained in Counts One and Two of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 844(c)(1) and Title 18,

United States Code, Section 981(a)(1)(G) together with Title 28, United States Code, Section 2461(c).

One or more of the violations alleged in this Information are federal crimes of terrorism, as defined in 18 U.S.C. § 2332b(g)(5), against the United States, citizens and residents of the United States, and their property. AMMAR ABDULMAJID-MOHAMED SAID was an individual engaged in planning and perpetrating a federal crime of terrorism against the United States, citizens and residents of the United States, and their property.

Upon conviction of a Federal crime of terrorism as alleged in this Information, the defendant AMMAR ABDULMAJID-MOHAMED SAID shall forfeit to the United States: (1) pursuant to Title 18, United States Code, Section 981(a)(1)(G)(i) and (iv) and Title 28, United States Code, Section 2461(c), all right, title, and interest in all assets, foreign and domestic, (2) pursuant to Title 18, United States Code, Section 981(a)(1)(G)(ii) and Title 28, United States Code, Section 2461(c), all right, title and interest in all assets, foreign and domestic, acquired and maintained with the intent and for the purpose of supporting, planning, conducting, and concealing a Federal crime of terrorism against the United States, citizens and residents of the United States, and their property, (3) pursuant to Title 18, United States Code, Section 981(a)(1)(G)(iii) and Title 28, United States Code, Section 2461(c), all right, title and interest in all assets, foreign and domestic, derived from, involved in, and used and intended to be used to

commit a Federal crime of terrorism against the United States, citizens and residents of the United States, and their property.

Upon conviction of a violation of Title 18, United States Code, Section 842(p)(2) as alleged in this Information, the defendant AMMAR ABDULMAJID-MOHAMED SAID shall forfeit to the United States any explosive materials involved or used or intended to be used in said violation pursuant to Title 18, United States Code, Section 844(c)(1) together with Title 28, United States Code, Section 2461(c).

Upon conviction of a violation alleged in this Information, pursuant to Fed. R. Crim. P. 32.2(b)(1), the United States may seek entry of a forfeiture money judgment, equal to the value of the assets subject to forfeiture, against defendant AMMAR ABDULMAJID-MOHAMED SAID.

All pursuant to 18 U.S.C. § 844(c)(1) and 18 U.S.C. § 981(a)(1)(G) together with 28 U.S.C. § 2461(c).

JEROME F. GORGON JR.
United States Attorney

*s/ Douglas C. Salzenstein*
Douglas C. Salzenstein
Chief, Homeland Security Unit
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9196
Doug.Salzenstein@usdoj.gov

Date: September 25, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>25-20725 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: DCS |

**Case Title:** USA v. Ammar Adulmajid-Mohamed Said

**County where offense occurred:** Wayne

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/ ✓ Information --- based upon prior complaint [Case number: 23-mj-30313          ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

September 25, 2025
Date

s/ Douglas C. Salzenstein
Douglas C. Salzenstein
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9196
Fax:    313-226-2311
E-Mail address: Doug.Salzenstein@usdoj.gov
Attorney Bar #: P59288

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.