UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Case No. 25-cr-20725
                                            Hon. Matthew F. Leitman

v.

AMMAR ABDULMAJID
MOHAMED SAID,

       Defendant.
_____/

**ORDER DESIGNATING**
**CLASSIFIED INFORMATION SECURITY OFFICER**

      This matter is before the Court on the Government's Request to designate a Classified Information Security Officer ("CISO") pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA. This Court hereby designates Winfield S. "Scooter" Slade as the Classified Information Security Officer in this case, to preform the duties and responsibilities prescribed in the Security Procedures promulgated by the Chief Justice. The Court further designates the following persons as Alternative CISO, to serve in the event Mr. Slade is unavailable: Jennifer H. Campbell, Daniel O. Hartenstine, Aleksandr

Kurtov, Daniella M. Medel, Matthew W. Mullery, William S. Noble, and Harry J. Rucker.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  November 25, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 25, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126