UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                          Case No. 25-cr-20725
                                                Hon. Matthew F. Leitman

v.

AMMAR ABDULMAJID
MOHAMED SAID,

      Defendant.
_____/

## ORDER DESIGNATING CASE AS A COMPLEX CASE

This matter is before the Court on the Government's motion to designate the case as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). The Defendant concurred in the relief sought in the motion. Accordingly, for the reasons stated in the motion, the Court hereby designates the case as a complex case within the meaning of § 3161(h)(7)(B)(ii) due to the nature of the prosecution and complexity of the anticipated litigation, the anticipated delay associated with the review of classified information and potential motions filed pursuant to Section 4 of CIPA, the need for expert witnesses to review the evidence, the time needed to review and translate Arabic-language materials, and the time needed to review a large volume of discovery materials. The Court has already adjourned dates and found excludable delay. ECF No. 25, PageID.108-11.

The Court will consider future continuances of the trial date under § 3161(h)(7)(B)(ii) after receiving input from the parties.

**IT IS SO ORDERED.**

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: November 26, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 26, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126